**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| TYRONE JOSEPH BROWN | CIVIL ACTION NO. 19-0387-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DARREL VANNOY | MAGISTRATE JUDGE PEREZ-MONTES |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the § 2254 Petition (Record Document 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 17th day of July, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT